UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 10-2091-DMG(MANx) | Date | JANUARY 3, 2011 |
|---|---|---|---|

| Title | HY-LOK U.S.A., INC.  v. AVF PROCESS CONTROLS, INC., ET AL. |
|---|---|

| Present: The Honorable | DOLLY M. GEE.,  UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR NON-COMPLIANCE WITH COURT ORDER**

On September 21, 2010, the Court issued a Scheduling and Case Management Order for Jury Trial [Doc. # 13] wherein it states "[n]o case will proceed to trial unless all parties, including the principals of all corporate parties, have appeared personally at a settlement conference."  (Scheduling and Case Management Order at 6.)  The deadline for completion of a settlement conference and a joint report re same were due on November 16, 2010 and December 14, 2010, respectively.  To date, there is no indication in the record that the parties have complied with the Court's order.

The Scheduling and Case Management Order required the parties to file by December 14, 2010 certain pretrial documents, some of them jointly, in anticipation of the final pretrial conference.  On December 22, 2010, Plaintiff filed various pretrial documents.  Defendant appears to be missing in action and has not participated in or approved those documents which were to be filed jointly.

At the final pretrial conference on January 4, 2011, the parties shall be prepared to explain why sanctions should not be imposed for failure to comply with the Court's order as set forth above and to discuss whether this case is trial ready.

**IT IS SO ORDERED.**

cc: all parties

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|